IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>1) JOSE A. QUIÑONES-MALDONADO<br>2) JOAO AMIR RODRIGUEZ-MELENDEZ<br>3) GILBERTO GUTIERRES-VEGA<br>**4) JAILEEN FIGUEROA-PAGAN**<br>Defendants | CRIMINAL 12-0084CCC |
|---|---|

# ORDER

Having considered the Report and Recommendation filed on June 13, 2012 (**docket entry 62**) on a Rule 11 proceeding of defendant Jaileen Figueroa-Pagán (4) held before U.S. Magistrate Judge Silvia Carreño-Coll on May 31, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since May 31, 2012. The **sentencing hearing is set for August 29, 2012 at 4:15 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on June 25, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge